UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | No. 07 CR 862 |
| | ) | |
| GABRIEL TOADER | ) | Hon. Sidney I. Schenkier |

**ORDER**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, having moved this Court *ex parte* to seal the Complaint and Affidavit in the captioned case, and having demonstrated good cause in support of its motion, specifically, that disclosure of the Complaint and Affidavit would jeopardize the government's investigation,

IT IS HEREBY ORDERED that the Complaint and Affidavit are sealed until the arrest and initial appearance of defendant, or further order of this Court.

ENTER:

_____
SIDNEY I. SCHENKIER
United States Magistrate Judge

DATE:   December 21, 2007