# UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
UNITED STATES COURTHOUSE
230 NORTH FIRST AVENUE, ROOM 1400
PHOENIX, ARIZONA 85025-0093

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
UNITED STATES COURTHOUSE
230 NORTH FIRST AVENUE, ROOM 1400
PHOENIX, ARIZONA 85025-0093

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

January 2, 2008

Clerk
United States District Court
2050 Everett McKinley Dirksen
 United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

07CR862

RE: USA Gabriel Toader
Tucson Magistrate Case No. 07-4043M
Your Case No. 07CR862

In connection with the above-entitled removal proceedings, enclosed herewith are the following:

1. Copy of the docket sheet
2. Copy of Warrant for Arrest paperwork
3. Copy of minute entry of 1/2/08
4. Copy of Waiver of Rule 40 Hearings
5. Certified copy Commitment to Another District

Original documents can be accessed through Pacer.

Please acknowledge receipt of same on the copy of this letter and return to this office for filing.

RICHARD H. WEARE, CLERK

By: s/CKM

**FILED**
January 2, 2008
JAN   2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CRIMINAL DOCKET FOR CASE #: 4:07-mj-04043-GEE-1
### Internal Use Only

Case title: USA v. Toader
Other court case number: 07cr862 Northern District of IL, Eastern Division, Chicago

Date Filed: 12/27/2007
Date Terminated: 01/02/2008

Assigned to: Magistrate Judge Glenda E Edmonds

**Defendant (1)**

Gabriel Toader
*TERMINATED: 01/02/2008*

represented by **Jay Aaron Marble**
Federal Public Defender
407 W Congress St
Ste 501
Tucson, AZ 85701
520-879-7500
Fax: 520-879-7600
Email: jay_marble@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**

**Disposition**

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1957(a) Wire fraud | |

**Plaintiff**

USA      represented by **Anne Elizabeth Mosher**
US Attorney's Office
405 W Congress St
Ste 4800
Tucson, AZ 85701-4050
520-620-7300
Fax: 520-620-7169
Email: anne.mosher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2007 | 1 | Arrest warrant issued other district (Northern District of IL, Eastern Division) of Gabriel Toader (KMF, ) (Entered: 01/02/2008) |
| 12/27/2007 | 2 | Minute Entry for proceedings held before Magistrate Judge Glenda E Edmonds: Initial Appearance in Rule 5(c)(3) Proceedings as to Gabriel Toader held on 12/27/2007. Detention/Removal hrg set 1/2/08. (Court Reporter COURTSMART). (KMF, ) (Entered: 01/02/2008) |
| 01/02/2008 | 3 | Minute Entry for proceedings held before Magistrate Judge Charles R Pyle: Detention hrg continued, to be heard in charging District. Removal Hearing as to Gabriel Toader waived on 1/2/2008. Commitment to Another District issued, Attorney Appointment Hearing, Appointing Jay Aaron Marble for dft with Appointment Type: FPD. (Court Reporter COURTSMART). (KMF, ) (Entered: 01/02/2008) |

| 01/02/2008 | 4 | WAIVER of Rule 40 Hearings by Gabriel Toader (KMF, ) (Entered: 01/02/2008) |
|---|---|---|
| 01/02/2008 | 5 | COMMITMENT TO ANOTHER DISTRICT, Northern District of IL, Eastern Division, as to Gabriel Toader. Signed by Magistrate Judge Charles R Pyle on 1/2/08.(KMF, ) (Entered: 01/02/2008) |
| 01/02/2008 | | (Court only) ***Terminated defendant Gabriel Toader, pending deadlines, motions and excludables. (CKM, ) (Entered: 01/02/2008) |
| 01/02/2008 | 6 | Miscellaneous Document: Letter sending removal docs to Northern District of Illinois as to Gabriel Toader. (CKM, ) (Entered: 01/02/2008) |

Dec 27 07 10:07a                                                                                               p.2

AO 442 (REV.3/92) Warrant for Arrest                                    AUSA Brian Hayes, (312) 353-4307

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

GABRIEL TOADER

**WARRANT FOR ARREST**

CASE NUMBER: 07 CR 862

07-04043M

FILED
RECEIVED COPY
DEC 27 2007
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____GABRIEL TOADER_____
                                                        Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment  ___Information  _X_Complaint  ___Order of court  ___Violation Notice  ___Probation Violation Petition

charging him or her with  (brief description of offense)

having knowingly engaged or attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and was derived from specified unlawful activity, namely, wire fraud,

in violation of Title ___18___ United States Code, Section(s) ___1957(a)___

Sidney I. Schenkier
Name of Issuing Officer

/s/ Sidney I. Schenkier
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

December 21, 2007   Chicago, IL
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT  
DISTRICT OF ARIZONA - TUCSON

MAGISTRATE JUDGE'S MINUTES

DATE: 1/2/2008        CASE NUMBER: 07-04043M

USA vs. GABRIEL DRAGOS TOADER

U.S. MAGISTRATE JUDGE: MAGISTRATE CHARLES R. PYLE    Judge #: 70BM

U.S. Attorney Anne Mosher                                         INTERPRETER REQ'D  N/A

Attorney for Defendant Jay Marble (AFPD)

INITIAL APP: ☐ HELD    DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

☐ Complaint Filed ☐ DOA _____        ☐ Warrant Other District       ☐ Financial Afdvt taken
                                     ☐ Warrant Phx Div.             ☐ No Financial Afdvt taken
                                     ☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be _____.
   Further proceedings Ordered in defendant's true name.

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
   is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ § 3142(f) ☐ § 3142(d)

PSA recommends _____; Gov't ☐ concurs ☐ objects

GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____

Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| DETENTION HEARING: ☐ Held ☒ Cont'd<br>Set for: TO BE HEARD IN THE CHARGING DISTRICT<br>before: | REMOVAL HEARING: ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☒ COMMITMENT TO ANOTHER DISTRICT ISSUED |
| ☐ Defendant Ordered detained pending Removal Hearing<br>☐ Gov't withdraws request to detain defendant | ☐ ORDER BOND posted in this case be transferred to the U.S. District Court for the ___ where this matter is pending |

☒ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the NORTHERN DISTRICT OF ILLINOIS, that there is probable cause to believe that this defendant is the GABRIEL DRAGOS TOADER, named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

☒ IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.
OTHER: _____

Recorded by Courtsmart        IA: 0
BY: Peggie Robb
Deputy Clerk                  Removal: 0

AZ WVR (7/99) Waiver of Rule (5) (c) Hearings

============================================================

# UNITED STATES DISTRICT COURT

DISTRICT OF ___ARIZONA___

```
_____ FILED   _____ LODGED
_____ RECEIVED _____ COPY

        JAN - 2 2008

   CLERK U.S. DISTRICT COURT
    DISTRICT OF ARIZONA
BY _____ DEPUTY
```

United States of America

V.

GABRIEL DRAGOS TOADER

WAIVER OF RULE 5(c)(3) HEARINGS
(Excluding Probation Cases)

Case Number: 07-04043M

I, __GABRIEL DRAGOS TOADER_____, understand that in the __Northern__ District of __Chicago Illinois, Eastern Division__, charges are pending alleging violation of __DIST. OF ILLINOIS; 18:1957; MONETARY TRANSACTION GREATER THAN $10,000__ and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, FED. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☒ identity hearing

☐ preliminary examination

☐ identity hearing and have been informed I have no right to a preliminary examination

☒ identity hearing but request a preliminary examination to be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge in pending against me. I further waive the presentment of the original or the certified copy of the Warrant from the Northern District of Illinois, Eastern Division in the District of Arizona.

_____
Defendant

01/02/2008

_____
Defense Counsel

AZ 99 C/O (Rev. 7/99) Commitment to Another District

# UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN - 2 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| GABRIEL DRAGOS TOADER | |

Case Number: 07-04043M-001
Charging District Case Number: 07-CR-862

The defendant is charged with a violation of 18:1957; MONETARY TRANSACTION GREATER THAN $10,000 alleged to have been committed in the NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Brief Description of Charge(s): having knowingly engaged or attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and was derived from specified unlawful activity, namely, wire fraud

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

01/02/2008
Date

MAGISTRATE CHARLES R. PYLE
Judicial Officer

| RETURN | | |
|---|---|---|
| THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |