# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 862 - 1 | **DATE** | 2/27/2008 |
| **CASE TITLE** | USA vs. Gabriel Toader | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears. Defendant informed of his rights. Federal Defender, Timothy P. O'Connor is appointed as counsel for the defendant, for the initial appearance only. Defendant waives identity hearing. Defendant acknowledges understanding the charges and maximum penalty. Government seeks detention. Defendant Oral Motion to continue preliminary examination and detention hearing until Wednesday, 3/6/08 at 12:15 p.m. in courtroom 1801 is granted.. Defendant requests that Pretrial Services will not conduct an interview.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|