## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 862 - 1 | **DATE** | 2/29/2008 |
| **CASE TITLE** | USA vs. Gabriel Toader | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal the case is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

Order Form (01/2005)    Case 1:07-cr-00862   Document 7   Filed 02/29/2008   Page 1 of 1