Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 862 - 1 | **DATE** | 3/5/2008 |
| **CASE TITLE** | USA vs. Gabriel Toader | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Defendant waives right to preliminary examination and detention hearing. Defendant ordered detained and bound to the district court for further proceedings.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|