UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 07 CR 862 |
| | ) | |
| v. | ) | Acting Chief Judge |
| | ) | Rebecca R. Pallmeyer |
| GABRIEL TOADER | ) | |
| | ) | |

### ORDER

Upon the government's application under Title 18, United States Code, Section 3161(h)(8)(A), for a 26-day extension of time to return an indictment or file an information in the above-captioned cause,

IT IS HEREBY ORDERED that the time within which to file an indictment against the named defendants be extended to and including April 17, 2008. The Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendants in a speedy trial for the following reasons:

1. The failure to grant such an extension would result in a miscarriage of justice;

2. It would be unreasonable, in the absence of an extension, to expect return and filing of an indictment in the time period specified in section 3161(b) because of the time that the arrests occurred and because the facts upon which the grand jury must base its determination are complex due to the nature of the prosecution; and

3. The failure to grant such an extension would deny the attorney for the government reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

ENTERED:

_____
REBECCA R. PALLMEYER
Acting Chief Judge
Northern District of Illinois

DATED: 3/11/08