UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 862 |
| | ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| GABRIEL TOADER, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION OF COUNSEL TO WITHDRAW AS ATTORNEY FOR DEFENDANT GABRIEL TOADER

Now comes John A. Meyer, Meyer & O'Connor, LLC, counsel for the defendant, Gabriel Toader, and moves to withdraw as attorneys for the defendant, and in support hereof, states as follows:

1. That on or about March 3, 2008, Meyer & O'Connor, LLC, was retained by the defendant's family in Romania with the payment of a partial initial retainer.

2. That on or about March 18, 2008, the defendant's mother, Christina Toader, and sister, Lina Toader, were seriously injured in an automobile accident in Romania. Both the defendant's mother and sister remain hospitalized in critical condition. That as a consequence, the defendant's family in Romania has incurred and will continue to incur substantial medical expenses.

3. As a further consequence of this unforeseen event and the resultant medical expenses incurred by the defendant's family, the family can no longer continue to honor the retention agreement entered into with counsel. Additionally, the defendant and his family have requested that any unearned portion of the initial retainer paid be refunded to the defendant's family in Romania.

Counsel has agreed to this proposal and will refund any unearned portion of the retainer in order to assist the family in defraying medical expenses.

    4.  Mr. Toader further advised counsel that if counsel's motion to withdraw as his attorney is granted, he was requesting the appointment counsel under the Criminal Justice Act.

    WHEREFORE, for the foregoing reasons, John A. Meyer, Meyer & O'Connor, LLC moves to withdraw as attorneys for the defendant, Gabriel Toader.

Respectfully submitted,

  s/ John A. Meyer
one of the attorneys for
defendant, Gabriel Toader

John A. Meyer
Meyer & O'Connor, LLC
20 South Clark Street
Suite 2210
Chicago, Illinois 60603-1805
(312) 346-9000