UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 862 |
| | ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| GABRIEL TOADER, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF MOTION

To:  AUSA Brain Hayes             Mr. Gabriel Toader
     United States Attorney's Office   Reg. # 13965-196
     219 S. Dearborn St.           MCC
     Chicago, IL 60604             71 W. Van Buren St.
                                   Chicago. Illinois 60605

Please take notice that on Tuesday, April 15, 2008, at 8:30 a.m., at the opening of court or as soon thereafter as counsel may be heard, I will appear before Magistrate Judge Sidney I. Schenkier in the United States Courthouse, Courtroom 1700, 219 South Dearborn Street, Chicago, Illinois 60604, or before such other judge who may be sitting in her place and stead, and then and there present:

Motion of Counsel to Withdraw as Attorney for Defendant

at which time and place you may appear if you see fit.

                                                                                                                      s/ John A. Meyer
                                                                                                                      John A. Meyer

John A. Meyer
Meyer & O'Connor, LLC
20 South Clark Street
Suite 2210
Chicago, Illinois  60603-1805
(312) 346-9000

CERTIFICATE OF SERVICE

I, John A. Meyer, an attorney, state that I caused to be filed, by electronic filing (ECF), with the Clerk of the United States District Court for the Northern District of Illinois, the foregoing Motion to Withdraw.

The undersigned also certifies, as to the following parties, that in accordance with F.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing pleading, along with a notice of motion, were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first–class mail on April 10, 2008, to the non-ECF filers:

|  |  |
|---|---|
| AUSA Brain Hayes<br>United States Attorney's Office<br>219 S. Dearborn St.<br>Chicago, IL 60604 | Mr. Gabriel Toader<br>Reg. # 13965-196<br>MCC<br>71 W. Van Buren St.<br>Chicago. Illinois 60605 |

                                                          _____s/ John A. Meyer_____
                                                          John A. Meyer, Attorney for defendant