# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 862 - 1 | **DATE** | 4/11/2008 |
| **CASE TITLE** | United States of America vs. Gabriel Toader | | |

**DOCKET ENTRY TEXT**

The motion hearing for defendant's motion to withdraw as attorney set for 4/15/08 at 8:30 a.m. is reset to 4/15/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|