# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 862 - 1 | **DATE** | 4/15/2008 |
| **CASE TITLE** | United States of America vs. Gabriel Toader | | |

**DOCKET ENTRY TEXT**

defense counsel's motion to withdraw as counsel for defendant (doc. # 13) is granted. Robert Nathan is given leave to file his appearance for defendant nunc pro tunc 4/14/08.

Docketing to mail notices.

00:4

| | Courtroom Deputy Initials: | mm |
|---|---|---|