# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of United States of America v. Gabriel Toader

**FILED**
April 15, 2008
APR 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 07 CR 862-1

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Gabriel Toader

| (A) | (B) |
|---|---|
| SIGNATURE /s/ Robert S. Nathan | SIGNATURE |
| NAME Robert S. Nathan | NAME |
| FIRM Law Office of Robert S. Nathan | FIRM |
| STREET ADDRESS 53 West Jackson Blvd., Suite 1556 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, Illinois 60604 | CITY/STATE/ZIP |
| TELEPHONE NUMBER 312-371-3600 — FAX NUMBER 312-588-0717 | TELEPHONE NUMBER — FAX NUMBER |
| E-MAIL ADDRESS robertnathanlaw@gmail.com | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6205208 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER — FAX NUMBER | TELEPHONE NUMBER — FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |