| IN UNITED STATES | ☑ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|
| IN THE CASE OF | | | | | |

| | | FOR |
|---|---|---|
| USA | v.s. TOADER | NORTHERN DISTRICT OF ILLINOIS |
| | | AT EASTERN DIVISION |

**PERSON REPRESENTED** (Show your full name)
► GABRIEL TOADER

FILED
April 15, 2008
APR 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1 ☑ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
☑ Felony
☐ Misdemeanor
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

**DOCKET NUMBERS**
Magistrate
07 CR 862-1
District Court
Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →)
18 USC 1957

---

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment  04/2006
How much did you earn per month? $ 5,000

If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No
RECEIVED    SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☑ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No
VALUE    DESCRIPTION
IF YES, GIVE THE VALUE AND $ _____
DESCRIBE IT

**DEPENDENTS**
MARITAL STATUS: ___ SINGLE  ___ MARRIED  ___ WIDOWED  ☑ SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Mortgage | | $ 395,000.00 | $ 3,400.00 |
| Utilities | | $ | $ 500.00 |
| Two vehicles | | $ 140,000.00 | $ 2,500.00 |
| Credit cards | | $ 40,000.00 | $ 700.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4/15/2008

SIGNATURE OF DEFENDANT ► [signature]
(OR PERSON REPRESENTED)