UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | 07 CR 862 |
| v. ) | |
| ) | Judge Matthew F. Kennelly |
| **GABRIEL DRAGOS TOADER, et al.** ) | |
| ) | |

## GOVERNMENT'S UNOPPOSED MOTION FOR ENTRY OF A PROTECTIVE ORDER RELATING TO DISCOVERY

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for entry of a protective order as to discovery materials tendered by the government. Counsel for all 3 represented defendants currently before the Court (i.e., those defendants who are not fugitives) have advised the government that they do not object to entry of the proposed Protective Order, attached hereto as Exhibit 1.

WHEREFORE, the government requests this Court enter the attached protective order relating to discovery materials tendered by the government.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By: s/Brian Hayes
　　**BRIAN HAYES**
　　Assistant United States Attorney
　　219 South Dearborn Street, 5th Floor
　　Chicago, IL 60604
　　(312) 353-4307

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**GOVERNMENT'S UNOPPOSED MOTION FOR ENTRY OF A
PROTECTIVE ORDER RELATING TO DISCOVERY**

were served on **Wednesday, April 23, 2008,** in accordance with FED. R. CRIM. P. 49, FED. R. CIV.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:   s/Brian Hayes
**BRIAN HAYES**
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-4307