## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 862 | **DATE** | 4/23/2008 |
| **CASE TITLE** | USA vs. Toader, et al | | |

**DOCKET ENTRY TEXT**

Defendants Toader, Savu, Goreaciuc:   James Marcus appears for defendant Goreaciuc. Arraignment held. Defendants enter a plea of not guilty to all counts of the indictment.  16.1 conference to be held by 5/21/08. Pre-trial motions due 6/20/08; response due 7/18; reply by 8/1/08.  Jury trial set to 12/8/08 at 9:45 AM. Status hearing set to 8/20/2008 at 1:30 PM.   Ordered time excluded pursuant to 18 U.S.C. 3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|