Order Form (01/2005)

## United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 862 | **DATE** | 4/29/2008 |
| **CASE TITLE** | USA vs. Toader | | |

**DOCKET ENTRY TEXT**

Government's unopposed motion for entry of a protective order relating to discovery is granted. Enter Protective Order as approved by the Court.

| | Courtroom Deputy Initials: | OR |
|---|---|---|