IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
          v.                        )   Case No. 07 CR 862
                                    )   Honorable Judge Kennelly
GABRIEL DRAGOS TOADER,              )
                                    )
                                    )

FILED
MAY 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEMAND FOR DISMISSAL OF FATALLY DEFECTIVE INDICTMENT
NO SUBJECT MATTER JURISDICTION

SPECIAL APPEARANCE:

I GABRIEL DRGOS TOADER, appears not generally nor voluntarily, but by special appearance, by and of necessity in an effort to bring about an end to my illegal captivity/ incarceration. This treatise shall prove that I am being held illegally due to the fact that charging instrument, i.e indictment, is Fatally Defective, in whole or part, see count Thirteen, Fourteen Codes, USCS 1343/1957

Fatally Defective Indictment
No Subject Matter Jurisdiction

Subject Matter Jurisdiction involves more that having the right offense for the right court. Even if the court has jurisdiction over the type, class or grade of crime allegedly committed, it will still lack subject matter jurisdiction if the law which the crime is based upon is invalid, void, unconstitutional, or nonexistent.

The court must be authorized to hear a crime, and have a valid law that creates a crime. If the law is invalid there is no crime, if there is no crime there is no subject matter jurisdiction. (See: 22 Corpus Juris Secundum, "Criminal Law," § 157, pg. 189.

An invalid, unconstitutional or non-existent statue also affects the validity of the "charging documents", that is the complaint, indictment or information. If these documents are "void", "insufficient", or "fatally" defective", there is no subject matter jurisdiction since they are the basis of the court's jurisdiction. The indictment or complaint can be invalid if it is constructed in the particular mood or form prescribed by the constitution or Statute (i.e., Failure to state the element of the offense, or fails to state a charge)(See; 42 Corpus Juris Secundum,"Indictment and Information," § 1,1 pg. 833; But it also can be defective and void when it charges a violation of a law, and that law is void, unconstitutional or nonexistent. If the :"charging document" is void, the subject matter jurisdiction of the court does not exist. See U.S v. White, 241 F.3d 1015, 1021 (8th Cir.2001)(defendant able to challenge indictment any time for failure to state offense) Also U.S. v. LO 231 F.3d 471, 481,(9th Cir. 2000)and U.S v. Harrod, 168 F.3d 887, 890 (6th Cir. 1999).

"The want of a sufficient affidavit, complaint, indictment or information goes to the jurisdiction of the court *** and render all proceeding to the filing of a proper instrument void ab nitio. (See: 22 Corpus Juris Secundum, "Criminal Law", § 324, pg. 390)

Jurisdiction then is brought to a court by way of a compliant, information or indictment. If these instrument fail to charge a crime, there can be no subject matter jurisdiction. See:22 Corpus Juris Secundum, " Criminal Law", § 157, pg. 188)

One way in which a complaint or indictment fails to charge a crime, is by its failure to state the element of the alleged offense. Another way in which a complaint of indictment failures to charge a crime, is by its failure to have the charge based upon a valid or existing law. Complaint or indictment which cite invalid laws, or incomplete laws, or nonexistent laws are regarded as invalid one. When one examines the language of the indictment and the language of the actual United States Code, it is readily apparent that not only has some of the 'hey' language been changed, but the essential element are left out.

Once again to clarify these fatal defects; the actual code reads; whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted.

The indictment reads: for the purpose of executing the scheme to defraud, knowingly caused to be transmitted in interstate commerce by wire communication from Illinois to Romania,(the emphasis added to defective areas).

The changing or wording charges the meaning and validity of the code, (if in fact it over had any), and takes away the essential elements of the charge/offense. For example, Title 18, United States Code, Section 1956(a)(2)(B)(i) is not the same as Title 18, United States Code, Section 1343 and does not match the wording of the indictment. Of course one might see this as insignificant, but when dealing with legalese and legal documents the changing of one word changes the meaning of the content of the document a "1956(a)(2)(B)(i)" is completely different from 18 U.S.C.S 1343, the first denotes one or the other, the second denotes both, a misrepresentation of the Code and a defect which changes the offense.

With all the facts in this case, Mr. GABRIEL DRAGOS TOADER, respectfully request from the court grant his Motion for Dismissal of Defective Indictment.

### CERTIFICATE OF SERVICE

I, Gabriel Dragos Toader, certify that I caused a true and correct copy of the attached documents to be served on United States Attorney, 219 South Dearborn Street, Suite 500, Chicago, IL 60604 by placing same in correctly addressed envelope with prepaid postage affixed thereto and deposited in the U.S. mail at the MCC-Chicago, on the 27 of APRIL , 2008

_____  04-29-2008
Gabriel Dragos Toader    Date