IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION




IN re GABRIEL D. TOADER,   /   CASE NO 07CR862
       Defendant,   /
                   /

Directed to the Honorable Matthew Kennelly, District Judge:

**DEFENDANT'S PRO SE MOTION TO CORRECT, DISMISS OR AMEND AN INDICTMENT WHICH ON IT'S FACE IS FAULTY**

    The defendant Gabriel D. Toader respectfully moves this Honorable Court to Dismiss, Correct, or Amend the following paragraphs/counts in the Indictment in the above numbered case and cause, in the interest of justice and judicial economy:

    1) In paragraph 6 Page 4 of the Indictment, defendant is incorrectly alleged to have "established an aliases", however no where in the entire indictment does the government demonstrate that defendant TOADER used an **ALIAS!**

    2) In fact on the following page on the aforesaid indictment at Page 5, defendant's name is not mentioned, <u>NOR LISTED</u>....

    3) If defendant was not caught using a fake name, or false name (or id), it is obvious he did not use an alias to be comunicated abroad...Paragraph 7 should be corrected at Page 6.

    4) Count One at Page Nine should be corrected, amended or dismissed as a fraud count, as it clearly shows that he can not be grouped with defendant's in Counts 2 thru 12 because by the government own <u>on it's face admission</u> that "ALEXANDER WEINSTEIN", was not a victim, but a **co-defendant(co-schemer)** in addition this
                        transfer of funds

PAGE TWO - MOTION TO DISMISS OR AMEND

was no fraud, because it was not the proceeds from an EBay fraud, but more in the way of **Money Laundering**(18USC1957) or receiving stolen property. So defendant's Toader's transaction should not be grouped with the other transcations listed on Page 9 of the Indictment. Additionally, via discovery defendant TOADER has received a list of the transactions(discovery item marked 04GJ1008) with the name alexander "**WEINDORF**".

5) Defendant lastly moves this Honorable Court to Dismiss Counts 13 & 14 of the Indictment or Amend these Counts to charge this defendant with MONEY LAUNDERING in each count, not FRAUD.

The Honorable Court should take Judicial Notice that during the alleged criminal act this defendant is charged with, he:

a) Did **not** use a fake name.
b) Maintained accounts under his **true** and correct name.
c) Never received funds from any victim or committed fraud

as demonstrated by the indictment and complaint in this case and cause.

WHEREFORE the defendant most respectfully moves the Honorable Court in the interest of justice to amend, dismiss or correct the items as mentioned aforesaid in this MOTION.

Respectfully submitted                           MAY 26, 2008

Gabriel Dragos Toader
Metropolita Corectional Center
71 W. Van Buren Street
Chicago, Illinois, 60604

ECF FILLING PLEASE

## CERTIFICATE OF SERVICE

I hereby certify that on  MAY 26, 2008   I sent a copy of
[date]

the  MOTION TO CORRECT, DISMISS OR AMEND INDICTMENT
[name of document]

to: A.U.S.A BRIAN HEYES

at 219 SOUTH DEARBORN, SUITE 500

CHICAGO, IL 60604                                , the last known address,
by way of United States mail or courier.

MAY 26, 2008
Date

_[signature]_
Signature

A-5a  Pro Se Entry of Appearance Form 06/03