FILED

JUN = 3 2008
JUN -3 2008
MICHAEL W. Bobbins
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN re GABRIEL DRAGOS TOADER,        CASE NO 07 CR 862
                Movant

Directed to Honorable Judge Matthew Kennelly

## MOVANT'S MEMORANDUM OF LAW IN SUPPORT
## TO AMEND, DISMISS OR CHANGE A
## FAULTY INDICTMENT

Movant, GABRIEL DRAGOS TOADER moves pursuant to **RULE 12**, from **F.R.Cr.Pr.** to dismiss, amend or change the Indictment, as described in Movant's heretofore filed PRO SE MOTION. Movant states that the Indictment fails to charge Movant with the specific offense so alleged due to failure to contain necessary information(e.g. such as aliases used)to complete the element for the charge. Failure to charge an offense can be raised at any time. U.S. v Moreli 283 F.3d 293,296(2002).

Movant also asserts that the government delayed in putting it's indictment; and this pre indictment delay of one year prejudiced Movant. <u>U.S. v Sturdy 207 F.3d,448,451,452(2000)</u>.

The format of the Indictment is complex, not in an easy format to follow, and does not provide special allegations to establish actual involvment in criminal acts, with specificity. <u>U.S. v REIN 848 F2d 272,281(2th Cir 1988)</u>. Additionally the government cannot allege conspiracies in 2 different states, because the conspiracies are distinct conspiracies. <u>U.S. v LEBON, 49 F3d 457,459(1995)</u>, hence arises jurisdictional questions.

There are certain questions of **Double Jeopardy** issues in this Indictment, your Movant asserts. <u>U.S. v ASHER 96 F3d 270,272(7th cir 1996)</u>. The government cannot gather in a basket all charges and

dump them on Movant,alledgelly fraud-when no fraud occured with Movant's alleged participation;and Movant did not use a Fake Id,or a fake name,as confirmed by the Indictment itself!!

    Additionally this indictment fails il places to inform Movant of nature and cause of accusation.See F.R.Crim Pr Rule 7(b). The Indictment in this cause is Duplicios,Erroneous,does not track statute,and constitutes multiplicity,and inconsistency in charges <u>U.S. v Williams 89 F3d 165,167 n1(1996);U.S.v.MARINO 682 F2d 449,454 n2(1996)(Multiplicious Indictment)</u>.

## CONCLUSION

    The Movant asserts the Indictment,on it's face in several counts fails to comply with legal requirements for a valid charge,is self-conflicting and should be dismissed in part or toto.

Respectfully submitted,<br>Gabriel Dragos Toader

## CERTIFICATE OF SERVICE

    I Gabriel Dragos Toader,do hereby certify that on this 28-day of May 2008,i mailed a copy of the foregoing adressed to Office of the US Attorney 219 S.Dearborn,Suite 500,Chicago,Il,60604.

Date: May 28,2008

Signature: [signed]