UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TAX DISCLOSURE OF | ) |
| | ) |
| | )   07 CR 862 |
| | ) |
| GABRIEL DRAGOS TOADER, | )   Judge Matthew F. Kennelly |
| TDG CONSULTING LLC, and | ) |
| GC's INTERIOR DESIGN LLC | ) |

## NOTICE OF MOTION

TO:    Opposing Counsel

**PLEASE TAKE NOTICE** that on **Wednesday, July 2, 2008, at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I will appear before **Judge Matthew F. Kennelly**, in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other who may be sitting in his place and then and there present:

**APPLICATION FOR ORDER TO DISCLOSE
TAX RETURNS AND RETURN INFORMATION**

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By:    s/Brian Hayes
**BRIAN HAYES**
Assistant U. S. Attorney
219 South Dearborn Street - 5TH Floor
Chicago, Illinois 60604
(312) 353-4307

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**NOTICE OF MOTION**

was served on **Wednesday, June 18, 2008,** in accordance with FED. R CRIM. P. 49, FED. R. CIV.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:   s/Brian Hayes
**BRIAN HAYES**
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-4307