```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
```

                                                FILED
                                                JUN 1 6 2008
                                                6-16-2008
                                                MICHAEL W. DOBBINS
                                                CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,        )
                                 )    Case No: 07 CR 862
         Plaintiff,              )
                                 )    Honorable Judge Matthew Kennelly
         Vs                      )
                                 )
GABRIEL DRAGOS TOADER,           )
                                 )
         Defendant,              )    **NOTICE OF MOTION**
                                 )
                                 )

To: Mr. Brian Hayes, AUSA

    Office of US Attorney

    219 S. Dearborn St-Suite 500

    Chicago, Ill, 60604


   Please take notice that on July 2, 2008 at 9:30 AM, or as soon therefore as Defendant and/or his Counsel may be heard, I/we will appear before Honorable Judge Matthew Kennelly, in the courtroom usually occupied by him in the Federal Dirksen Courthouse, in 219 S. Dearborn St, Chicago, to hear and formally present Defendant's heretofore filed "DEFENDANT:S PRO SE MOTION TO CORRECT, DISMISS OR AMEND AN INDICTMENT WHICH ON IT'S FACE IS FAULTY".


                                              Respectfully Submitted,

Gabriel D Toader

71 W.Van Buren St

Chicago,Ill,60605

## CERTIFICATE OF SERVICE

I Gabriel Dragos Toader,do hereby certify that on this 13 day of JUNE 2008,I mailed a copy of the foregoing addressed to Office of US Attorney located at the following adress:219 S.Dearborn St,Suite 500,Chicago,Ill,60604,by U.S.P.S. .

Date: JUNE 13,2008                                          Signature,