IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

FILED
JUN 2 3 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

GABRIEL DRAGOS TOADER,
    Movant

    Vs

UNITED STATES OF AMERICA,
    Respondent

Case No: 07 CR 862

Honorable District Judge, Matthew Kennelly

MOVANT'S MOTION FOR AN ORDER FOR FILES

AND RECORDS OF THE DISTRICT CLERK

The Movant, Gabriel Dragos Toader, PRO SE, respectfully moves this Honorable Court for a copy of the following filed documents, out of the physical Court file, and **NOT** E.C.F.Fillings:

1) A copy of the **Criminal Complaint**;

2) A copy of the **Arrest Warrant**;

3) A copy of the **Original Return Of Arrest Warrant**;

4) A copy of the **Original Indictment**, in the above case.

The Movant, request these copies pursuant to Rule 34 F.R.Civil Procedure, and any supportive Criminal Rule allowing a defendant to **VERIFY AUTHENTICITY** of filings.

Respectfully submitted,

Gabriel Dragos Toader,

CERTIFICATE OF SERVICE

PAGE 1

I,Gabriel Dragos Toader,certify that I caused a true and correct copy of this Motion,to be served on United States Attorney Office,located at 219 S.Dearborn,Suite 500,Chicago,Ill,60604,to Mr.Brian Hayes,AUSA,by United States Postal Service,on  JUNE 19, 2008 .

                    Gabriel Dragos Toader
                    M.C.C.Chicago
Date: June 19,2008  71 W.Van Buren St,
                    Chicago,Ill,60605