UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | No. 07 CR 862-1 |
| | ) | Honorable Matthew F. Kennelly |
| | ) | Presiding Judge |
| GABRIEL DRAGOS TOADER, | ) | |
|     Defendant. | ) | |

### MOTION FOR APPOINTMENT OF AN INVESTIGATOR

Defendant, GABRIEL DRAGOS TOADER, by his attorney, Robert S. Nathan, respectfully moves this Honorable Court for the appointment of an investigator. In support thereof, Defendant states:

1. Title 18 USC §3006A of the Criminal Justice Act authorizes the appointment of an investigator.

2. Defendant has been indicted with mail and wire fraud and money laundering.

3. Counsel requires an investigator to interview potential defense witnesses and serve subpoenas.

4. Mr. Toader is seeking a budget of $1,500 to accomplish the aforementioned

investigation.

5.    A voucher for Mr. Toader's investigator is attached.

Wherefore, Defendant, GABRIEL DRAGOS TOADER, by his attorney, Robert S. Nathan, respectfully moves this Honorable Court for the appointment of an investigator and for a protective order.

                                        "s/Robert S. Nathan"

Attorney for Defendant, GABRIEL DRAGOS TOADER

53 West Jackson Blvd.

Suite 1556

Chicago, Illinois 60604

312-371-3600

CERTIFICATE OF SERVICE

I, Robert S. Nathan, the attorney Derrick Campbell, certify that I electronically filed the foregoing with the Clerk of the Court for the Northern District of Illinois, Eastern Division using the CM/ECF system which sent notification to the following party:

Brian Hayes

Assistant United State's Attorney

John Theis

James I. Marcus

I hereby certify that I have mailed by United States Postal Service, facsimile, or hand delivery the document to the following non-CM/ECF participants:

NA

<u>"s/Robert S. Nathan"</u>     Date: 6/27/2008

Robert S. Nathan

Attorney for GABRIEL DRAGOS TOADER

53 West Jackson Blvd., Ste. 1556

Chicago, Illinois 60604

312-371-3600

3