CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY<br>☐ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal _____ | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other: _____ | | 10. REPRESENTATION TYPE<br>(See Instructions) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

### REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

12. ATTORNEY'S STATEMENT
   As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
   ☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ OR
   ☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (Note: Prior authorization should be obtained for services in excess of $300, excluding expenses)

   Signature of Attorney _____  Date _____
   ☐ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization
   ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

   Telephone Number: _____

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions)

14. TYPE OF SERVICE PROVIDER
   01 ☐ Investigator                      15 ☐ Other Medical
   02 ☐ Interpreter/Translator            16 ☐ Voice/Audio Analyst
   03 ☐ Psychologist                      17 ☐ Hair/Fiber Expert
   04 ☐ Psychiatrist                      18 ☐ Computer (Hardware/
   05 ☐ Polygraph                              Software/Systems)
   06 ☐ Documents Examiner                19 ☐ Paralegal Services
   07 ☐ Fingerprint Analyst               20 ☐ Legal Analyst/Consultant
   08 ☐ Accountant                        21 ☐ Jury Consultant
   09 ☐ CALR (Westlaw/Lexis, etc.)        22 ☐ Mitigation Specialist
   10 ☐ Chemist/Toxicologist              23 ☐ Duplication Services
   11 ☐ Ballistics                             (See Instructions)
   13 ☐ Weapons/Firearms/Explosive Expert 24 ☐ Other (Specify)
   14 ☐ Pathologist/Medical Examiner

15. COURT ORDER
   Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

   _____
   Signature of Presiding Judicial Officer or By Order of the Court
   _____
   Date of Order  Nunc Pro Tunc Date
   Repayment or partial repayment ordered from the person represented for this service at time of authorization.
   ☐ YES  ☐ NO

### CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES<br>(Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL<br>ADJUSTED AMOUNT | ADDITIONAL<br>REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | |

17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

   TIN: _____
   Telephone Number: _____
   CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____

   CLAIM STATUS  ☐ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment
   I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

   Signature of Claimant/Payee _____  Date _____

18. CERTIFICATION OF ATTORNEY  I hereby certify that the services were rendered for this case.

   Signature of Attorney _____  Date _____

### APPROVED FOR PAYMENT – COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained.
    ☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.

   _____
   Signature of Presiding Judicial Officer  Date  Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

   _____
   Signature of Chief Judge, Court of Appeals (or Delegate)  Date  Judge Code