UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | No. 07 CR 862-1 |
| | ) | Honorable Matthew F. Kennelly |
| | ) | Presiding Judge |
| GABRIEL DRAGOS TOADER, | ) | |
| Defendant. | ) | |

NOTICE OF MOTION

To:   Brian Hayes, Assistant United States Attorney, US Attorney's Office, 219 South Dearborn, Chicago, Illinois 60604

Please take notice that on July 2, 2008, at 9:30 a.m., I will appear before the Honorable Matthew F. Kennelly in the Courtroom usually occupied by him at the Dirksen Federal Building at 219 South Dearborn, Chicago, Illinois, and shall then and there present a Motion for Appointment of an Investigator.

Robert S. Nathan

Attorney for Defendant, GABRIEL DRAGOS TOADER

53 West Jackson Blvd., Suite 1556

Chicago, Illinois 60604

312-371-3600