## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 862 | **DATE** | 7/2/2008 |
| **CASE TITLE** | USA vs. Gabriel Touder | | |

**DOCKET ENTRY TEXT**

Defendant Gabriel Touder: Defendant's motion to amend, dismiss, is entered and continued to 7/8/2008 at 1:30 PM. Defendant's motion for appointment of investigator is granted.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|