IN THE UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISON

**FILED**

JUL 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

GABRIEL DRAGOS TOADER,
Movant,                              )

Vs                                   )        Case No: 07 CR 862

                                     )

UNITED STATES OF AMERICA,            )        Honorable Judge Matthew Kennelly
            Respondent               )

## MOVANT'S PRO SE MOTION TO DISMISS THE INDICTMENT
### PURSUANT TO TITLE 18 U.S.C.§ 3161(H) AND
### RULE 48(b)F.R.Cr.Pr

   The Movant,Gabriel Dragos Toader,PRO SE,out of necessity,Moves this Honorable Court,to Dismiss the Indictment,pursuant to **Title 18 U.S.C.§3162,and Rule 48(b) of Federal Rules of Criminal Procedure,**as sanction for delay which clearly violated this Movant's rights under **Title 18 U.S.C.§3161(H),**and THE FIFTH AMENDMENT to the CONSTITUTION,DUE PROCESS.Movant would show:

   1) On December 27,2007 the Movant was arrested in Florence,Arizona.
   2) On December 27,the Movant was brought before THE U.S.District Court in Tucson,Arizona for Inirial Apperance.
   3) On January 02,2008 Movant appeared again before U.S.District Court in Tucson,Arizona,and after waiving Identity Hearing,he was Ordered Removed to Northern District Of Illinois,to answer charges in the above styled case and cause.
   4) On February 22,2008 the Movant arrived in Chicago,Illinois and detained at Metropolitan Correctional Center In Chicago,Illinois.
   5) That the delay of **FIFTY-ONE** days clearly violated **Title 18 U.S.C.§3161(H)** which states in part:

   "Delay resulting from transportation of <u>any defendant</u>(emphasis added)from one District to another District in **excess of 10 days** from date of order of removal,**SHALL** be presumed unreasonable..."

6) Pursuant to Title 18 U.S.C.§3162,under sanctions subpart (2) it is stated under this delay:

"The Indictment or Information **SHALL BE DISMISSED** on motion by the defendant.(emphasis added) § 3162(2)

It is clear that Respondent violated **Title 18 U.S.C.§ 3161(h)(1)(G),and Title 18 U.S.C.§ 3161(h)(1)(H),**and according to **LeRoy Fibre Co v Chicago M&St.P.R Co,232 US 346,354 (1914)**,that Respondents were obligated by statue with "..special duty of care..."for Movant,who was in their custody with specific time limitation(10 days),to return Movant to Northern District of Illinois..see also Strunk vs U.S. 412 US 434,440 (1973)./ U.S. vs Williams,314 F3d 552,558(11th Cir 2002).

For these reasons,Movant prays this Honorable Court to Dismiss the Indictment,with prejudice.

Date: July 01,2008                      Respectfully Submitted,

                                        Toader Dragos Gabriel
                                        M.C.C.Chicago
                                        71 W.Van Buren St,
                                        Chicago,Ill,60605

### CERTIFICATE OF SERVICE

I,Gabriel Dragos Toader,do hereby cerify that on this 01 day of July 2008,I mailed a copy of the foregoing adressed to Office of the United States Attorney,at 219 S.Dearborn Suite 500,Chicago,Ill,60604,to AUSA Brian Hayes.

Date: July 01,2008                      Signature,