IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

GABRIEL DRAGOS TOADER,
   Movant

Vs

UNITED STATES OF AMERICA,
   Respondent

)
)  Case No: 07 CR 862
)
)  Honorable Judge Matthew Kennelly
)

PRO SE MOTION FOR SPECIFIC
DISCOVERY DISCLOSURE

The Movant, Gabriel Dragos Toader, appearing PRO SE, out of necessity, Move this Honorable Court, and prays to order Movant access to Specific Discovery, Public Records, namely: COPIES OF ALL GRAND JURY SUBPOENAS, ISSUED IN THE PREPARATION IN THE CAPTIONED CASE 07 CR 862, ofcourse, other than the one directed to an Government Witness, pursuant to Rule 16(a)(1)(B)(i) of Federal Rules Of Criminal Procedure, which will help the Movant in his preparation of his defense for trial.

Date: July 01, 2008

Respectfully Submitted,

Toader Dragos Gabriel
M.C.C.Chicago
71 W.Van Buren St,
Chicago, Ill, 60605

CERTIFICATE OF SERVICE

I, Gabriel Dragos Toader, certify that I caused a true and correct copy of the foregoing Motion, to be served on United States Attorney's Office, in 219 S.Dearborn, Suite 500, Chicago, Ill, 60604, to AUSA Brian Hayes, by means of U.S. Postal Service. Executed this 01 day of July 2008.
Date: July 01, 2008

Signature,