## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 862 | **DATE** | 7/8/2008 |
| **CASE TITLE** | USA vs. Gabriel Toader | | |

**DOCKET ENTRY TEXT**

The following motions by defendant Gabriel Toader, are denied for the reasons stated in open court:   motion to amend and correct, motion for order, and motion for discovery (32, 41 46).   Defendant's reply to motion to dismiss is due by  7/18/2008.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|