

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 1 6 2008
Jul 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
    Plaintiff, )  Case No: 07 CR 862
Vs )
     ) Honorable Judge Matthew F. Kennelly
GABRIEL DRAGOS TOADER, )
    Defendant, )

MOTION FOR RECONSIDER DEFENDANT PRO SE
MOTION FOR SPECIFIC DISCOVERY FOR COPIES
OF GRAND JURY SUBPOENAS ISSUED

Now comes the Defendant, Gabriel Dragos Toader, Pro Se out of necessity, and Prays This Honorable Court to reconsider his Pro Se Motion for copies of Grand Jury Subpoenas issued in connection with his case1, because Defendant have reasons to belive that his Fourth Amendment Constitutional Rights were violated, and Government obtained personal records without proper Court order or Grand Jury Subpoena.

Defendant request only copies of subpoenas directed to public companies, were his personal records were involved, like bank, phone, criminal, immigration records, NOT subpoenas directed to Government whitnesses, or contents of the records produced by those subpoenas.

Date: July 15, 2008

Respectfully Submitted,

Toader Dragos Gabriel
Reg # 13965-196
71 W. Van Buren St
Chicago, Ill, 60605

CERTIFICATE OF SERVICE

I, Gabriel Dragos Toader, hereby certify that the following: MOTION TO RECONSIDER DEF PRO SE MOTION FOR SPECIFIC DISCLOSURE OF GRAND JURY SUBPOENAS COPIES, was served on THURSDAY, 15 day of JULY, 2008, in accordance with FED.R.CRIM.P.49, FED.R.CIV.P.5, LR 5.5, by way of U.S. POSTAL SERVICE, to AUSA MR. BRIAN HAYES, at 219 S. Dearborn, Suite 500, Chicago, Ill, 60604, and to Attorney MR. ROBERT S. NATHAN, at 53 W. Jackson, Suite 1556, Chicago, Ill, 60604.

I declare under penalty of perjury that everything stated above is true and correct to the best of my knowledge. Executed today JULY 15, 2008.

Date: JULY 15, 2008.

Signature,

Toader Dragos Gabriel