

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 1 6 2008
Jul 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, ) Case No: 07 CR 862
    Plaintiff, )
    vs ) Honorable Judge Matthew F. Kennelly
GABRIEL DRAGOS TOADER, )
    Defendant, )

MOTION FOR DISCLOSURE OF BEGINNING AND
ENDING OF SPECIAL DECEMBER 2005 GRAND
JURY, WHO IS ISSUER OF SUBPOENA IN
DEFENDANT CASE

---

    Now comes the Defendant, Gabriel Dragos Toader, Pro Se out of necessity, and Prays this Honorable Court to order disclosure of the dates when THE SPECIAL DECEMBER 2005 GRAND JURY, beggining and ending dates, because this Grand Jury is the issuer of the subpoenas in Defendant case for production of his personal records in February 2008.

    The disclosure of the dates of beginning and ending of Grand Jury term is not a violation of secrecy because discolure would not reveal the essence of what took place in the Grand Jury Room, <u>IN RE: GRAND JURY INVESTIGATION, 903 F2d 180,182 (3rd Cir 1990)</u>, and the Defendant belives that a big part of his personal records, were obtained in violation with the law, because subpoenas issued by a Grand Jury after term expire, have no force, <u>IN RE: Grand Jury Proceedings, 33 F3d 342,347 (4th Cir 1994)</u>.

Date: JULY 15, 2008

Respectfully Submitted,

Toader Dragos Gabriel
Reg # 13965-196
71 W. Van Buren St,
Chicago, Ill, 60605

CERTIFICATE OF SERVICE

I, Gabriel Dragos Toader, hereby certify that the following: MOTION FOR DISCLOSURE OF BEGINNING AND ENDING DATES OF DEC 2005 SPECIAL GRAND JURY, was served on THURSDAY, 15 day of JULY, 2008, in accordance with FED.R.CRIM.P.49, FED.R.CIV.P.5, LR 5.5, by way of U.S. POSTAL SERVICE, to AUSA MR. BRIAN HAYES, at 219 S. Dearborn, Suite 500, Chicago, Ill, 60604, and to Attorney MR. ROBERT S. NATHAN, at 53 W. Jackson, Suite 1556, Chicago, Ill, 60604.

I declare under penalty of perjury that everything stated above is true and correct to the best of my knowledge. Executed today JULY 15, 2008.

Date: JULY 15, 2008

Signature,

Toader Dragos Gabriel