

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 1 6 2008 aew
Jul 16, 2008
MICHAEL W. BOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
        Plaintiff, ) Case No: 07 CR 862
)
) Honorable Judge Matthew F. Kennelly
Vs )
)
GABRIEL DRAGOS TOADER, )
        Defendant, )

## MOTION TO RECONSIDER DEFENDANT PRO SE
## MOTION FOR AN ORDER FOR FILES AND RECORDS
## OF DISTRICT COURT CLERK

    Now comes the Defendant, Gabriel Dragos Toader, Pro Se out of necessity, and Prays This Honorable Court, to reconsider his Pro Se Motion of Order for Files and Records of District Court Clerk, due the fact that the copies of <u>Criminal Complaint, Indictment, Warrant of Arrest</u>, that are in Defendant's posession, is either NOT STAMPED as "FILED" or "RECEIVED" by the Clerk of This Honorable District Court, or signature that is required is TOTALY ABSENT, in any form like ELECTRONICAL SIGNATURE, RUBBER SIGNED, or Hand Signed.

Date: July 15, 2008

Respectfully Submitted,

Toader Dragos Gabriel
Reg# 13965-196
71 W.Van Buren St,
Chicago, Ill, 60605

CERTIFICATE OF SERVICE

I, Gabriel Dragos Toader, hereby certify that the following: _MOTION TO RECONSIDER DEFENDANT PRO SE MOTION FOR AN ORDER FOR FILES AND RECORDS_ was served on ~~Tuesday~~ _15_ day of _JULY_, _2008_, in accordance with FED.R.CRIM.P.49, FED.R.CIV.P.5, LR 5.5, by way of _U.S. POSTAL SERVICE_, to AUSA ~~Mr.~~ _BRIAN HAYES_, at 219 S.Dearborn, Suite 500, Chicago, Ill, 60604, and to Attorney ~~Mr.~~ _ROBERT S. NATHAN_, at 53 W.Jackson, Suite 1556, Chicago, Ill, 60604.

I declare under penalty of perjury that everything stated above is true and correct to the best of my knowledge. Executed today _JULY 15, 2008_.

Date: _July 15, 2008_

Signature,

Toader Dragos Gabriel