IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 16 2008 aaw
Jul 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No: 07 CR 862 |
| Vs ) | |
| GABRIEL DRAGOS TOADER, ) | Honorable Judge Matthew F. Kennelly |
| Defendant, ) | |

MOTION FOR RECONSIDER DEFENDANT PRO SE
MOTION TO DISMISS, CORRECT OR AMEND
THE INDICTMENT FAULTY ON IT'S FACE

Now comes the Defendant, Gabriel Dragos Toader, Pro Se out of necessity, and Prays This Honorable Court to reconsider his Pro Se Motion to Dismiss, Correct or Amend his Indictment, and Grant the relief sought in his motion.

Date: July 15, 2008

Respectfully Submitted,

Toader Dragos Gabriel
Reg # 13965-196
71 W. Van Buren St,
Chicago, Ill, 60605

CERTIFICATE OF SERVICE

I,Gabriel Dragos Toader,hereby certify that the following: MOTION FOR RECONSIDER DEFENDANT PROSE MOTION TO DISMISS,CORRECT OR AMEND THE INDICTMENT; was served on THURSDAY, 15 day of JULY, 2008, in accordance with FED.R.CRIM.P.49,FED.R.CIV.P.5,LR 5.5,by way of U.S. POSTAL SERVICE,to AUSA MR. BRIAN HAYES ,at 219 S.Dearborn,Suite 500,Chicago,Ill,60604,and to Attorney MR. DOUGLAS S. NATHAN ,at 53 W.Jackson,Suite 1556,Chicago,Ill,60604.

I declare under penalty of perjury that everything stated above is true and correct to the best of my knowledge.Executed today July 15, 2008..

Date: July 15, 2008.

Signature,

Toader Dragos Gabriel