UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  07 CR 862 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| TOADER, et al. | ) | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

  Please take notice that the undersigned Assigned United States Attorney has been designated in the above captioned case.

              Respectfully submitted,

              PATRICK J.  FITZGERALD
              United States Attorney

              By: s/Steven Dollear
                STEVEN DOLLEAR
                Assistant United States Attorney
                219 South Dearborn Street
                Chicago, Illinois 60604
                (312) 353-5359