# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 862 | **DATE** | 7/21/2008 |
| **CASE TITLE** | USA vs. Gabriel Toader | | |

**DOCKET ENTRY TEXT**

Defendant Gabriel Toader's pro se motions for reconsideration are denied [docket nos. 49, 50, 51 & 52]. The Court also advises defendant that because he is represented by counsel, he may not file pro se motions without first seeking leave of Court. The Court will strike any further pretrial motions that defendant files in the case unless he first obtains the Court's permission to file such motions. The Clerk is directed to mail a copy of this order to Gabriel Toader, No. 13965-196, 71 W. Van Buren St., Chicago, IL 60605.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|

Case 1:07-cr-00862　　Document 55　　Filed 07/21/2008　　Page 1 of 1

07CR862 USA vs. Gabriel Toader　　　　Page 1 of 1