UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | No. 07 CR 862-1 |
| | ) | Honorable Matthew F. Kennelly |
| | ) | Presiding Judge |
| GABRIEL DRAGOS TOADER, | ) | |
|     Defendant. | ) | |

MOTION FOR LEAVE TO WITHDRAW AND

STAY THE DEAD LINE FOR MR. TOADER'S

REPLY TO GOVERNMENT'S RESPONSE

NOW COMES Attorney, Robert S. Nathan, and respectfully moves this Honorable Court for Leave to Withdraw as Attorney of Record for Defendant, GABRIEL DRAGOS TOADER, Stay the Dead Line for Mr. Toader's Reply to Government's Response in the above entitled cause. In support thereof, states as follows:

1.      That Counsel was appointed by this Court to represent Mr. Toader on April 14, 2008.  Over the course of his representation, it has become abundantly clear that Counsel cannot effectively represent Mr. Toader under any set of circumstances.

2.      That Mr. Toader's reply brief to the Government's Response was due on July 22, 2008[1].  Assuming the Court grants Counsel's motion, this Court should stay the deadline for filing Mr. Toader's reply brief until after new counsel is appointed.

WHEREFORE, Robert S. Nathan, respectfully requests that this Honorable Court enter an order granting attorney, Robert Nathan, leave to withdraw as attorney of record for Defendant, Enoch Lacey.

 s/ Robert S. Nathan
Robert S. Nathan

Robert S. Nathan

---

[1] The motion to withdraw was filed prior to the expiration of deadline set by this Court for the filing of Mr. Toader's reply brief.

Attorney for Defendant GABRIEL DRAGOS TOADER

53 West Jackson Blvd.

Suite 1556

Chicago, Illinois 60604

312-371-3600