UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| UNITED STATES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | No. 07 CR 862-1 |
| | ) | Honorable Matthew F. Kennelly |
| | ) | Presiding Judge |
| GABRIEL DRAGOS TOADER, | ) | |
| Defendant. | ) | |

NOTICE OF MOTION

To:   Brian Hayes, Assistant United States Attorney, US Attorney's Office, 219 South Dearborn, Chicago, Illinois 60604

   Please take notice that on July 29, 2008, at 9:30 a.m., I will appear before the Honorable Matthew F. Kennelly in the Courtroom usually occupied by him at the Dirksen Federal Building at 219 South Dearborn, Chicago, Illinois, and shall then and there present a Motion to Withdraw and Stay the Dead Line for Mr. Toader's Reply to Government's Response.

Robert S. Nathan

Attorney for Defendant, GABRIEL DRAGOS TOADER

53 West Jackson Blvd., Suite 1556

Chicago, Illinois 60604

312-371-3600

## CERTIFICATE OF SERVICE

I, Robert S. Nathan, the attorney David Miranda, certify that I electronically filed the foregoing with the Clerk of the Court for the Northern District of Illinois, Eastern Division using the CM/ECF system which sent notification to the following party:

Brian Hayes, AUSA

James Marcus

John Theis

and I hereby certify that I have mailed by United States Postal Service, facsimile, or hand delivery the document to the following non-CM/ECF participants:

Gabriel Toader

"s/Robert S. Nathan"     Date: 7/22/2008

Robert S. Nathan

Attorney for GABRIEL DRAGOS TOADER

53 West Jackson Blvd., Ste. 1556

Chicago, Illinois 60604

312-371-3600