```
          THE UNITED STATES DISTRICT COURT
          FOR NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION
```

FILED
7-21-2008
JUL 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,   )
                            )   Case No:  07 CR 862
                            )
         VS                 )
                            ) Honorable Judge Matthew F. Kennelly
                            )
GABRIEL DRAGOS TOADER,      )
                            )

Letter to Honorable Judge Matthew Kennelly Chamber's

Your Honor,

This is an suplement to my previous letter that i've had sent to Your Honor's Chamber, and I just want to bring in Court's attention that my Attorney, Mr. Robert S. Nathan has visited me today, July 17 2008, and we had discussed the points that should be included in the Brief that Your Honor, Order It.

I would like that my brief Not to be stricken, because I belive that Your Honor will have 2 different points of view on the matter, my point and my experienced attorney's point of view.

In the closing of this letter I want to underline that by me writing to This Honorable Court, I am not trying to be vindictive or to claim any wrongdoing by Mr. Nathan, just only my actions are a result of the need to assist in my defense, especially when I have 24 hours dedication to a single case and cause. I do strongly belive that 3 opinions on a matter can reveal better the essence of truth that will work in the Interest of Justice. With all due respect,

Date: July 17, 2008

Respectfully Submitted,

Toader Dragos Gabriel
Reg# 13965-196
71 W. Van Buren St
Chicago, Ill, 60605

CERTIFICATE OF SERVICE

I, Gabriel Dragos Toader, hereby certify that the following: LETTER TO HONORABLE JUDGE MATTHEW KENNELLY CHAMBER'S, was served on FRIDAY, 18 day of JULY, 2008, in accordance with FED.R.CRIM.P.49, FED.R.CIV.P.5, LR 5.5, by way of U.S. POSTAL SERVICE, to AUSA MR. BRIAN HAYES, at 219 S.Dearborn, Suite 500, Chicago, Ill, 60604, and to Attorney MR. ROBERT NATHAN, at 53 W.Jackson, Suite 1556, Chicago, Ill, 60604.

I declare under penalty of perjury that everything stated above is true and correct to the best of my knowledge. Executed today JULY 18, 2008.

Date: JULY 18, 2008.

Signature,

Toader Dragos Gabriel