IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUL 2 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,  )
         Plaintiff,  )
)  CASE NO:  07 CR 862
)
Vs  )
)Honorable Judge Matthew F. Kennelly
)
GABRIEL DRAGOS TOADER,  )
         Defendant,  )
)

SUPLEMENT TO DEFENDANT BRIEF IN SUPPORT
OF DISMISSAL OF INDICTMENT WITH PREJUDICE
FOR SPEEDY TRIAL VIOLATION

Now, comes the Defendant Gabriel Dragos Toader, and present the attached exhibit marked EXHIBIT G. The Defendant want to prove, by introduction of this Exhibit, that a violation occured of L.R.83.51.4(b) which states in part that the Defendant should have sufficient information, unaltered, in order to participate intelligently in decisions concerning the objectives of the representation, and the means by which they are pursued. The Committee Comment on the above mentioned Local Rule it says and I cite:.../"..a lawyer negociating on behalf of a client should provide the client with facts relevant to the matter,....inform the client of communications from another party..."/. The Exhibit G, presented, in this suplement to The Court, is depicted a copy of the Government Application for Disclosure of Defendant Taxes, given to him by his Attorney Mr.Nathan, but WHICH IS DIFFERENT THAT THE ONE FILED WITH THIS HONORABLE COURT. Based on this

Exhibit Mr.Nathan pursued an acceptance from the Defendant,and an non-opposing position.But the matter that was brought in Defendant view for acceptance is different from the real one in issue.This suplement is not to be interpreted as BAD FAITH but more as a evidence that there is a communication problem,intended or not,and also the reason why the Defendant is asking to act as co-counsel in his case.Also to prove that even in the matter of the Speedy Trial Violation,the information that was brought in front of Defendant by Mr.Meyer(last attorney)was in the same way des-informant and in the wrong direction when Defendant asserted the Speedy Trial Violation for the first time in his attorney view(Mr.Meyer).With all due respect,

Date:July 22,2008                               Respectfully Submitted

                                                _____
                                                Toader Dragos Gabriel
                                                Reg# 13965-196
                                                M.C.C. Chicago

TOADER DRAGOS GABRIEL

07 CR 862

EXHIBIT G ATTACHED
ON
SUPLEMENT OF DEFENDANT BRIEF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TAX DISCLOSURE OF | ) | No. 07 CR 862 |
| | ) | |
| | ) | |
| GABRIEL DRAGOS TOADER and | ) | Judge Matthew F. Kennelly |
| TDG CONSULTING LLC | ) | |

APPLICATION FOR ORDER TO DISCLOSE TAX
RETURNS AND RETURN INFORMATION

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to 26 U.S.C. 6103(i)(1), makes application to the Court for an order *ex parte*, directing the Internal Revenue Service to disclose to applicant:

(1) tax returns and return information of:

  (a) Gabriel Dragos Toader
      3201 W. Devon Avenue, Apt. 5
      Chicago, IL 60659
      DOB: April 17, 1981
      SSA#: 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

  (b) TDG Consulting LLC
      Tax Payer ID Number: 20-3603795
      3201 W. Devon Avenue, Unit 5
      Chicago, IL 60659

which tax returns and return information are described as certified copies of all individual and joint income tax returns (Forms 1040); Forms 1120 or 1120-S; all schedules attached thereto; transcripts of all return information, including IMFOLTs; for tax years 2005 through 2007; and

EXHIBIT G
(PAGE 1)

(2) for the tax years 2005 through 2007, copies of any audits, work papers, revenue agents' transmittal reports, special agents' reports, witness affidavits, statements, memoranda of interviews, etc., currently held by IRS and any related material which may be developed subsequent to this request, involving the above-named taxpayers.

In support of his application, applicant avers the following:

(1) There is reasonable cause to believe, based upon information believed to be reliable, that violations of 18 U.S.C. § 1343 and § 1956(h) have been committed. In summary, Gabriel Dragos Toader has been indicted as a knowing participant in a wire fraud scheme. Victims of the scheme were instructed to send funds via Western Union (generally to Chicago) for items that the purported "sellers" did not possess or intend to deliver. The fraudulent internet solicitations were created by individuals in Romania (the "Foreign Co-schemers") who developed a network of individuals in the United States who would receive the victims' funds from Western Union agents in exchange for a portion of the fraud proceeds, and cause the remainder to be transmitted outside of the United States to the Foreign Co-schemers. According to the indictment, Toader received information from the Foreign Co-schemers relating to wire transfers of funds by victims of the scheme. Toader in turn dispatched that information to individuals, such as the cooperating defendants and others, who presented themselves to Western Union agents in alias names to receive the victims' funds at the behest of Toader. Then, after paying a portion of the funds to the individuals who picked up the money from Western Union agents and retaining a

portion of the funds for himself, Toader caused the balance to be transmitted outside of the United States to the Foreign Co-schemers. Review of telephone records show that Toader had been in frequent contact at relevant times with co-defendants who have been identified using alias identification documents to receive wire transfers sent by victims of the fraud scheme.

Review of bank records linked to Toader also corroborate the statements of the cooperating witnesses. For example, the initial review of bank records obtained from J.P. Morgan Chase and Bank of America indicate that Toader has maintained accounts in his own name and in the name of a business called TDG Consulting LLC that have been used to wire transfer large sums of money to Romania and Cyprus. Initial review of the account statements indicates that funds have been transferred from these accounts to banks and individuals in Romania and Cyprus in the approximate amounts described below:

| Account | Account no. | Date range | |
|---|---|---|---|
| TDG Consulting LLC (Bank of America) | xxxxxx1614 | Oct. 2006 - Nov. 2006 | $ 79,000 |
| Gabriel Toader (Bank of America) | xxxxxx3593 | Aug. 2006 - Sept. 2006 | $ 25,000 |
| Toader/Apetrachiae (Bank of America) | xxxxxx3457 | Oct. 2006 - Nov. 2006 | $ 41,000 |
| Gabriel Toader (J.P. Morgan Chase) | xxxxx3744 | Oct. 2005 - May 2006 | $ 180,000 |
| TDG Consulting LLC (J.P. Morgan Chase) | xxxxx8221 | Nov. 2005 - May 2006 | $ 230,000 |

"EXHIBIT G"
"(PAGE 3)"

(2) There is reasonable cause to believe that the above-described tax returns and return information are or may be relevant to a matter related to the commission of the above-mentioned violations of 18 U.S.C. § 1343 and § 1956(h) in that the tax returns and related documents will (a) disclose the amount and sources of income reported by Toader and TDG Consulting LLC described above during the periods leading up to and including the time at which he is alleged to have engaged in the scheme to defraud. These records may corroborate the scheme or show his motivation to engage in such a scheme, and (b) may reveal the existence of income producing assets bought with the proceeds of the alleged fraud.

(3) The information sought to be disclosed cannot reasonably be obtained, under the circumstances, from any other source, and is sought exclusively for use in the federal criminal investigation and trial of the above-mentioned violations of 18 U.S.C. § 1343 and § 1956(h).

Applicant further states that, in addition to himself,

Michael Blessing, Special Agent, F.B.I.,
Gary Turlington, Special Agent, F.B.I.,
Therese Y. Roberson, Supervisory Special Agent, F.B.I.,
Kenneth Popovits, Special Agent, Immigration & Customs Enforcement

are personally and directly engaged in investigating the above-mentioned violations of 18 U.S.C. § 1343 and § 1956(h) and in preparing the matter for trial. The information sought herein is solely for our use for that purpose. No disclosure will be made to any other person except in accordance with the provisions of 26 U.S.C. 6103 and 26 C.F.R. 301.6103 (i)-1.

WHEREFORE, applicant prays that the Court enter an order on this application directing disclosure by the Internal Revenue Service of the tax returns and return information specified herein.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

Brian Hayes
Assistant U.S. Attorney
219 S. Dearborn St., 5th Fl.
Chicago, IL 60604
(312) 353-4307
brian.hayes@usdoj.gov

Date: April ___, 2008

- 5 -

EXHIBIT G
(PAGES)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | No. 07 CR 862 |
| | ) | |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| GABRIEL DRAGOS TOADER, et al. | ) | |

ORDER FOR DISCLOSURE OF TAX RETURNS
AND RETURN INFORMATION

The United States Attorney for the Northern District of Illinois has made an ex parte application for an order, pursuant to 26 U.S.C. 6103(i)(1), directing the Internal Revenue Service to disclose:

(1) tax returns and return information of:

(a) Gabriel Dragos Toader
3201 W. Devon Avenue, Apt. 5
Chicago, IL 60659
DOB: April 17, 1981
SSA#: 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

(b) TDG Consulting LLC
Tax Payer ID Number: 20-3603795
3201 W. Devon Avenue, Unit 5
Chicago, IL 60659

which tax returns and return information are described as certified copies of all individual and joint income tax returns (Forms 1040); Forms 1120 or 1120-S; all schedules attached thereto; transcripts of all return information, including IMFOLTs; for tax years 2005 through 2007; and

"EXHIBIT G"
"(PAGE 6)"

(2) for the tax years 2005 through 2007, copies of any audits, work papers, revenue agents' transmittal reports, special agents' reports, witness affidavits, statements, memoranda of interviews, etc., currently held by IRS and any related material which may be developed subsequent to this request, involving the above-named taxpayers.

After examining the application, this Court finds:

(1) There is reasonable cause to believe, based upon information believed to be reliable, that violations of a federal criminal statute, namely 18 U.S.C. § 1343 and § 1956(h), have been committed;

(2) There is reasonable cause to believe that the above-described tax returns and return information are or may be relevant to a matter related to the commission of the above-mentioned violations of 18 U.S.C. § 1343 and § 1956(h); and

(3) The information sought to be disclosed cannot reasonably be obtained, under the circumstances, from any other source, and is sought exclusively for use in the federal criminal investigation and trial of the above-mentioned violations of 18 U.S.C. § 1343 and § 1956(h).

The Court further finds that applicant and

Michael Blessing, Special Agent, F.B.I.,
Gary Turlington, Special Agent, F.B.I.,
Therese Y. Roberson, Supervisory Special Agent, F.B.I.,
Kenneth Popovits, Special Agent, Immigration & Customs Enforcement

are personally and directly engaged in, and the information sought is solely for their use in investigating and preparing for trial concerning the above-mentioned violations.

- 2 -

Exhibit G
(PAGE 7)

IT IS THEREFORE ORDERED that the Internal Revenue Service:

(1) Disclose such tax returns and return information of:

> Gabriel Dragos Toader
> 3201 W. Devon Avenue, Apt. 5
> Chicago, IL 60659
> DOB: April 17, 1981
> SSA#: 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
>
> TDG Consulting LLC
> Tax Payer ID Number: 20-3603795
> 3201 W. Devon Avenue, Unit 5
> Chicago, IL 60659

which tax returns and return information are described certified copies of all individual and joint income tax returns (Forms 1040); as Forms 1120 or 1120-S; and all attached schedules and forms for any fiscal year ending in calendar years 2005 through 2007; and

(2) Disclose for the tax years 2005 through 2007, copies of any audits, work papers, revenue agents' transmittal reports, special agents' reports, witness affidavits, statements, memoranda of interviews, etc., currently held by IRS and any related material which may be developed subsequent to this request, involving the above-named taxpayers.

(3) Certify where tax returns and return information described above have not been filed or are not on file with the Internal Revenue Service that no such returns and information have been filed or are on file;

(4) Disclose such tax returns and return information described above as may come into the possession of the Internal Revenue Service subsequent to the date of this order, but for not longer than 30 days thereafter;

- 3 -

EXHIBIT G
(PAGE 8)

(5) Disclose such tax returns and return information and make such certification only to applicant and

> Michael Blessing, Special Agent, F.B.I.,
> Gary Turlington, Special Agent, F.B.I.,
> Therese Y. Roberson, Supervisory Special Agent, F.B.I.,
> Kenneth Popovits, Special Agent, Immigration & Customs Enforcement

and to no other person; and

(5) Disclose no tax returns or return information not described above.

IT IS FURTHER ORDERED that applicant and

> Michael Blessing, Special Agent, F.B.I.,
> Gary Turlington, Special Agent, F.B.I.,
> Therese Y. Roberson, Supervisory Special Agent, F.B.I.,
> Kenneth Popovits, Special Agent, Immigration & Customs Enforcement

and any attorney of the United States Department of Justice who may be subsequently assigned in this matter, shall use the tax returns and return information disclosed solely in investigating the above-mentioned violations of 18 U.S.C. § 1343 and § 1956(h), and such other violations of Title 18, as, although presently unknown, are discovered in the course of this investigation of 18 U.S.C. § 1343 and § 1956(h), and in preparing the matter for trial. No disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. 6103 and 26 C.F.R. 301.6103(i)-1.

_____
JUDGE MATTHEW F. KENNELLY

Date: April __, 2008

- 4 -

"EXHIBIT G"
(PAGE 9)

CERTIFICATE OF SERVICE

I, Gabriel Dragos Toader, hereby certify that the following: SUPLEMENT TO DEF BRIEF IN SUPPORT OF DISMISSAL W PREJUDICE OF INDICTMENT FOR SPEEDY TRIAL VIOLATION, + EXHIBIT G was served on WEDNESDAY, 23 day of JULY, 2008, in accordance with FED.R.CRIM.P.49, FED.R.CIV.P.5, LR 5.5, by way of U.S POSTAL SERVICE, to AUSA MR.BRIAN HAYES, at 219 S.Dearborn, Suite 500, Chicago, Ill, 60604, and to Attorney MR.ROBERT NATHAN, at 53 W.Jackson, Suite 1556, Chicago, Ill, 60604.

I declare under penalty of perjury that everything stated above is true and correct to the best of my knowledge. Executed today July 23, 2008.

Date: July 23, 2008

Signature,



Toader Dragos Gabriel