```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
                                    )
UNITED STATES OF AMERICA            )
          Plaintiff,                )
                                    )   Case No:  07 CR 862
                                    )
              Vs                    )
                                    ) Honorable Judge Matthew F. Kennelly
                                    )
GABRIEL DRAGOS TOADER,               )
          Defendant,                )
```

FILED
JUL 2 4 2008
JUL 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEFENDANT PRO SE MOTION FOR APPOINTMENT
AS CO-COUNSEL IN THE INSTANT CASE

Now, comes the Defendant, Gabriel Dragos Toader, Pro Se out of necessity, and Pray This Honorable Court to Grant him leave to act as Co-Counsel, in preparing and presenting his defense. Defendant is aware of the Court Rules and Procedure Protocol, and because is aware that a attorney is well more familiar with Courtroom mechanics, and for this reason, is not asking a leave to act Pro Se, but only to act as Co-Counsel in his defense, to avoid unwanted disputes, claims of unfair and innefective assistance of counsel. Defendant ask this privilege due the complexity of his case, and for the need to prepare the adequate defense in the Intrest of Justice, and also in the Interest of Judicial Economy, to avoid delays caused by withdrawal of counsel or claims of ineffective assistance of counsel. The Defendant is well aware that if This Honorable Court will Grant his Motion to be appointed as co-counsel in his case, will not abuse the privilege given, will abide by the rules of procedure or cortroom protocol, and any initiative that Defendant will take will be first discussed with his attorney.

Date: July 22, 2008

Respectfully Submitted,

Toader Dragos Gabriel
Reg# 13965-196
M.C.C.Chicago

CERTIFICATE OF SERVICE

I, Gabriel Dragos Toader, hereby certify that the following: DEFENDANT PRO SE MOTION FOR APPOINTMENT AS CO-COUNSEL IN THE INSTANT CASE was served on WEDNESDAY, 23 day of JULY, 2008, in accordance with FED.R.CRIM.P.49, FED.R.CIV.P.5, LR 5.5, by way of U.S. POSTAL SERVICE, to AUSA MR. BRIAN HAYES, at 219 S. Dearborn, Suite 500, Chicago, Ill, 60604, and to Attorney MR. ROBERT S. NATHAN, at 53 W. Jackson, Suite 1556, Chicago, Ill, 60604.

I declare under penalty of perjury that everything stated above is true and correct to the best of my knowledge. Executed today JULY 23, 2008.

Date: JULY 23, 2008

Signature,

Toader Dragos Gabriel