## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 862 | **DATE** | 7/29/2008 |
| **CASE TITLE** | USA vs. Gabriel Toader | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/4/2008 at 1:30 PM.  Robert Nathan's motion to withdraw as counsel for defendant is granted.  Susan Shatz is appointed as counsel for defendant.   Ordered time excluded from 7/29/2008  through 8/4/2008, in the interest of justice for the preparation of new counsel,  pursuant to 18 U.S.C. 3161(h)(8)(I). (X-T1)

Docketing to mail notices.

00:20

| | |
|---|---|
| Courtroom Deputy Initials: | OR |