## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 862 | **DATE** | 8/4/2008 |
| **CASE TITLE** | USA vs. Gabriel Toader | | |

**DOCKET ENTRY TEXT**

Status hearing held for defendant Gabriel Toader, and continued to 8/28/2008 at 9:29 AM. Case will be called first on 8/28/2008. Time in which to reply to motion to dismiss is extended to 8/21/2008. Ordered time excluded from 8/4/2008, through 8/28/2008, in the interest of justice, pursuant to 18 U.S.C. 3161(h)(8)(I). (X-T1)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|