**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - TUCSON**

**MAGISTRATE JUDGE'S MINUTES**

DATE: 12/27/2007        CASE NUMBER: 07-04043M

USA vs. GABRIEL DRAGOS TOADER

U.S. MAGISTRATE JUDGE: MAGISTRATE GLENDA E. EDMONDS   Judge #: 70BH

U.S. Attorney  Anne Mosher (IA only)         INTERPRETER REQ'D  N/A

Attorney for Defendant  D. Alvarez (duty)

INITIAL APP: ☐ HELD   DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☐ CUSTODY

☒ Complaint Filed  ☒ DOA 12/27/2007   ☐ Warrant Other District   ☐ Financial Afdvt taken
                                      ☐ Warrant Phx Div.          ☐ No Financial Afdvt taken
                                      ☐ Counsel waives reading of the Complaint/Indictment

☒ Defendant states true name to be  SAME.
   Further proceedings Ordered in defendant's true name.

☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
   is ☒ Granted  ☐ Denied

☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☒ § 3142(f)
   ☐ § 3142(d)

PSA recommends _____; Gov't ☐ concurs ☐ objects
GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____
Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| **DETENTION HEARING:** ☐ Held ☐ Cont'd<br>Set for: 1/2/2008 at 10:30 AM<br>before: MAGISTRATE JUDGE PYLE | **REMOVAL HEARING:** ☐ Held ☐ Waived<br>Set for: 1/2/2008 at 10:30 AM<br>before: MAGISTRATE JUDGE PYLE |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ COMMITMENT TO ANOTHER DISTRICT ISSUED |
| ☐ Defendant Ordered detained pending Removal Hearing<br>☐ Gov't withdraws request to detain defendant | ☐ ORDER BOND posted in this case be transferred to the U.S. District Court for the ___ where this matter is pending |

☐ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the _____, that there is probable cause to believe that this defendant is the _____, named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

OTHER: _____

DEFENDANT'S EXHIBIT 4

Recorded by Courtsmart   IA: 0
BY: Armida Butler
DeputyClerk

AUSA Brian Hayes, (312) 353-4307

AO 442 (REV.3/92) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

GABRIEL TOADER

**WARRANT FOR ARREST**

CASE NUMBER: 07 CR 862

07-04043M

FILED COPY
RECEIVED
DEC 27 2007
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ **GABRIEL TOADER** ___
                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice   ___ Probation Violation Petition

charging him or her with  (brief description of offense)

having knowingly engaged or attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and was derived from specified unlawful activity, namely, wire fraud,

in violation of Title __18__ United States Code, Section(s) __1957(a)__

Sidney I. Schenkier
Name of Issuing Officer

*Sidney I. Schenkier* (signature)

Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

December 21, 2007   Chicago, IL
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |



DEFENDANT'S EXHIBIT 2

AZ WVR (7/99) Waiver of Rule (5)(c) Hearings

===========================================================================

# UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

_____ FILED _____ LODGED
_____ RECEIVED _____ COPY

JAN - 2 2008

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States of America

V.

GABRIEL DRAGOS TOADER

WAIVER OF RULE 5(c)(3) HEARINGS
(Excluding Probation Cases)

Case Number: 07-04043M

I, **GABRIEL DRAGOS TOADER**, understand that in the **Northern** District of **Chicago Illinois, Eastern Division**, charges are pending alleging violation of **DIST. OF ILLINOIS; 18:1957; MONETARY TRANSACTION GREATER THAN $10,000** and that I have been

arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, FED. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☒ identity hearing

☐ preliminary examination

☐ identity hearing and have been informed I have no right to a preliminary examination

☒ identity hearing but request a preliminary examination to be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge in pending against me. I further waive the presentment of the original or the certified copy of the Warrant from the Northern District of Illinois, Eastern Division in the District of Arizona.

_____
Defendant

01/02/2008

_____
Defense Counsel

**DEFENDANT'S EXHIBIT 3**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - TUCSON                                   MAGISTRATE JUDGE'S MINUTES

DATE: 1/2/2008            CASE NUMBER: 07-04043M

USA vs. GABRIEL DRAGOS TOADER

U.S. MAGISTRATE JUDGE: MAGISTRATE CHARLES R. PYLE   Judge #: 70BM

U.S. Attorney  Anne Mosher                                  INTERPRETER REQ'D  N/A

Attorney for Defendant  Jay Marble (AFPD)

INITIAL APP: ☐ HELD   DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

☐ Complaint Filed  ☐ DOA _____       ☐ Warrant Other District      ☐ Financial Afdvt taken
                                     ☐ Warrant Phx Div.            ☐ No Financial Afdvt taken
                                     ☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be _____.
  Further proceedings Ordered in defendant's true name.

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
  is ☐ Granted  ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ § 3142(f)  ☐ § 3142(d)

PSA recommends _____; Gov't ☐ concurs  ☐ objects
GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____
Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| DETENTION HEARING: ☐ Held  ☒ Cont'd<br>Set for: TO BE HEARD IN THE CHARGING DISTRICT<br>before: | REMOVAL HEARING: ☐ Held  ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☐ Granted  ☐ Denied | ☒ COMMITMENT TO ANOTHER DISTRICT ISSUED |
| ☐ Defendant Ordered detained pending Removal Hearing<br>☐ Gov't withdraws request to detain defendant | ☐ ORDER BOND posted in this case be transferred to the U.S. District Court for the ___ where this matter is pending |

☒ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the  NORTHERN DISTRICT OF ILLINOIS  , that there is probable cause to believe that this defendant is the  GABRIEL DRAGOS TOADER  , named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

☒ IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.
OTHER: _____


DEFENDANT'S EXHIBIT 4

Recorded by Courtsmart          IA:       0
BY:  Peggie Robb
Deputy Clerk                    Removal:  0

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
UNITED STATES COURTHOUSE
230 NORTH FIRST AVENUE, ROOM 1400
PHOENIX, ARIZONA 85025-0093

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
UNITED STATES COURTHOUSE
230 NORTH FIRST AVENUE, ROOM 1400
PHOENIX, ARIZONA 85025-0093

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

January 2, 2008

Clerk
United States District Court
2050 Everett McKinley Dirksen
 United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: USA Gabriel Toader
Tucson Magistrate Case No. 07-4043M
Your Case No. 07CR862

In connection with the above-entitled removal proceedings, enclosed herewith are the following:

1. Copy of the docket sheet
2. Copy of Warrant for Arrest paperwork
3. Copy of minute entry of 1/2/08
4. Copy of Waiver of Rule 40 Hearings
5. Certified copy Commitment to Another District

Original documents can be accessed through Pacer.

Please acknowledge receipt of same on the copy of this letter and return to this office for filing.

RICHARD H. WEARE, CLERK


By: s/CKM

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*


DEFENDANT'S EXHIBIT 5

```
                    UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS (Chicago)

. . . . . . . . . . . . .
UNITED STATES OF AMERICA,     .
                              .
              Plaintiff,      .  Docket No. 07-cr-0862
                              .
         v.                   .
                              .
GABRIEL TOADER, et al.,       .  Chicago, Illinois
                              .  February 27, 2008
              Defendant.      .
. . . . . . . . . . . . .


                      INITIAL APPEARANCE
         BEFORE THE HONORABLE MAGISTRATE JUDGE
                       JEFFREY COLE


APPEARANCES:

FOR THE PLAINTIFF:       BRIAN HAYES
                         UNITED STATES ATTORNEY'S OFFICE
                         219 South Dearborn Street
                         Suite 1200
                         Chicago, IL  60604


FOR THE DEFENDANT
GABRIEL TOADER:          TIMOTHY P. O'CONNOR
                         MEYER & O'CONNOR, LLC
                         20 South Clark
                         Suite 2210
                         Chicago, IL  60603


      PLEASE PROVIDE CORRECT VOICE IDENTIFICATION

Transcribed by:          Riki Schatell
                         6033 North Sheridan Road, 28-K
                         Chicago, Illinois  60660-3046
                         773/728-7281

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.
```



DEFENDANT'S EXHIBIT 6

5

```
 1  Judge.
 2          THE COURT:  Okay.
 3          MR. O'CONNOR:  So my thought would be this, and if
 4  they ultimately are unable to get a lawyer then the Federal
 5  Defender Program will appoint somebody.  I don't know if that
 6  will be me just because my partner, Mr. Meyer, did represent
 7  somebody in a related case.  I don't know that it would be a
 8  conflict, but we haven't thought that through because we're not
 9  there.  My suspicion is, belief is that at this point is that a
10  lawyer will be retained for him.
11          THE COURT:  Well, let's see what we have.  You want
12  to do this on Wednesday?
13          MR. O'CONNOR:  Yes.
14          MR. HAYES:  That would work for the government,
15  Judge.
16          THE CLERK:  We have a trial next week, starting
17  Tuesday.
18          THE COURT:  You're talking about next Wednesday?
19          MR. O'CONNOR:  Yes --
20          THE COURT:  I'm on trial, so --
21          MR. O'CONNOR:  Oh.
22          THE COURT:  -- the question is -- I mean I suppose we
23  could do it at lunchtime.
24          MR. O'CONNOR:  I think that's fine and I was going to
```



U.S. Department of Justice

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Brian Hayes*<br>*Assistant United States Attorney* | *Dirksen Federal Building*<br>*219 South Dearborn Street, Fifth Floor*<br>*Chicago, Illinois 60604* | *Direct Line: (312) 353-4307*<br>*Fax: (312) 353-4322* |

February 29, 2008

Mr. John Meyer
20 S. Clark Street, Ste. 2210
Chicago, IL 60603-1805

    Re: *United States v. Gabriel Toader*, 08 CR 862

Dear Mr. Meyer:

    As we discussed yesterday on the telephone, please find enclosed a small sample of the documentation gathered by the government thus far demonstrating your client's guilt. We would be interested in meeting with Mr. Toader in the context of a proffer to discuss his knowledge of the fraud scheme and its other participants, such as Bela Balint, Adrian Ghighina, Adrian Duca, and Gabriel Constantin. Additionally, if you will agree to waive the preliminary examination, I will begin preparing a voluminous package of discovery so that you may further assess the case. Finally, the government is interested in obtaining a short extension of the time to return an indictment.

    Please contact me at your earliest convenience once you have had the opportunity to review this material with your client.

                                Very truly yours,

                                PATRICK J. FITZGERALD
                              United States Attorney

By: /s/ Brian Hayes
                              BRIAN HAYES
                              Assistant United States Attorneys
                              219 S. Dearborn, Fifth Floor
                              Chicago, Illinois 60604
                              (312) 353-4307
                              brian.hayes@usdoj.gov



DEFENDANT'S EXHIBIT 7

United States Attorney
Northern District of Illinois

Brian Hayes
Assistant United States Attorney

Dirksen Federal Building
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604

Direct Line: (312) 353-4307
Fax: (312) 353-4322

March 11, 2008

Mr. John Meyer
20 S. Clark Street, Ste. 2210
Chicago, IL 60603-1805

Re: *United States v. Gabriel Toader, 08 CR 862*

Dear Mr. Meyer:

Please find enclosed a number of spreadsheets summarizing some of the financial records that the government has obtained documenting the evidence of your client's money laundering activity. As the government is still compiling this information and the analysis is on-going, these spreadsheets are marked "draft" to indicate that they are a work-in-progress.

Also enclosed are copies of a portion of the underlying bank records, as well as telephone service provider records which show your client in frequent contact with co-defendants and co-schemers, such as Mihai Bledea, Bela Balint, Adrian Ghighina, Cristina Savu, Adrian Ianc, and others.

Having reviewed the evidence thus far, it struck me that the most expeditious way to resolve this case may be to focus the charges and plea on Mr. Toader's role in the money laundering conspiracy. It appears to me that the amount of laundered funds is well in excess of $400,000, but likely less than $1,000,000, based upon the available evidence. As such, I believe the offense level and guideline range calculation would fall somewhere in the neighborhood of the following:

| | |
|---|---|
| Base offense level (2S1.1(a)(2) + 2B1.1(b)(1)(H)) = | 22 |
| Defendant convicted under 1956 (2S1.1(b)(2)(B)) = | + 2 |
| Aggravating role (3B1.1(a)) = | + 4 |
| Acceptance (3E1.1) = | − 3 |
| OFFENSE LEVEL = | 25 |

Assuming your client has no criminal history in Romania, he has a criminal history category of I, and the guideline range of imprisonment would be 57 - 71 months.




U.S. Department of Justice

United States Attorney
Northern District of Illinois

| | | |
|---|---|---|
| *Brian Hayes*<br>*Assistant United States Attorney* | Dirksen Federal Building<br>219 South Dearborn Street, Fifth Floor<br>Chicago, Illinois 60604 | *Direct Line: (312) 353-4307*<br>*Fax: (312) 353-4322* |

March 20, 2008

Mr. John Meyer
20 S. Clark Street, Ste. 2210
Chicago, IL 60603-1805

    Re: *United States v. Gabriel Toader*, 08 CR 862

Dear Mr. Meyer:

    Please find enclosed a copy of the GJ testimony of Cristian Bentan, as well as an FD-302 documenting the interview of Adrian Ianc on April 12, 2007. The case agents are continuing to gather additional 302s for me, and will provide copies to you when I receive them.

    With regard to my letter of March 11, 2008, and your counter-proposal on the terms of a plea, the evidence in the case has now progressed to the point where I do not believe a plea to a money laundering count alone will be possible. For example, I recently learned that Toader was buying counterfeit identification documents for his crew from an individual who was working as a cooperating witness in the investigation of the Leija-Sanchez organization that operated near 26th and Cal. The case agents are gathering copies of recorded calls placed by Toader to the CW, and I will provide copies of those calls to you when I receive them.

    At this time, I anticipate that Toader will be charged with participating in a wire fraud scheme that caused well more than 250 victims to suffer losses in excess of $1,000,000, and that he engaged in money laundering by causing a portion of the fraud proceeds to be wire transferred out of the country. Charges of that nature will result in a higher guideline calculation than my earlier proposal. If you are interested in discussing the matter of a plea further, please call me at your convenience.

                                Very truly yours,

                                  PATRICK J. FITZGERALD
                                United States Attorney

                       By: /s/ Brian Hayes
                                BRIAN HAYES
                                Assistant United States Attorneys
                                219 S. Dearborn, Fifth Floor
                                Chicago, Illinois 60604
                                (312) 353-4307
                                brian.hayes@usdoj.gov



DEFENDANT'S EXHIBIT 9