IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 CR 862 |
| vs. | ) | |
| | ) | Judge Matthew F. Kennelly |
| GABRIEL TOADER, | ) | |
| | ) | |
| Defendant. | ) | |

```
AUSA Brian Hayes
219 S. Dearborn St. - 5th floor
Chicago, IL. 60604
```
**NOTICE OF FILING**

      Please take notice that on August 21, 2008 , there was filed with the Clerk of the Court, Mr. Toader's Reply in Support of His Motion to Dismiss the Indictment with Prejudice, a copy of which is hereby served on you.

      Respectfully submitted,

      S/ Susan Shatz
      Susan Shatz - Attorney for Mr. Toader

**PROOF OF SERVICE**

      On August 21, 2008 the above referenced document was delivered electronically to AUSA Hayes at the address shown above.

      S/ Susan Shatz

Susan Shatz
407 S. Dearborn St. # 1675
Chicago, IL. 60605
312-697-0022