
Case 1:07-cr-00862    Document 72    Filed 08/28/2008    Page 1 of 1



# 07 CR 862

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JUDGE KENNELLY

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

MAGISTRATE JUDGE SCHENKIER

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   USA v. Gabriel Toader 07 CR 862; SCHENKIER

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   USA v. Gabriel Toader 07 CR 862; ET AL  KENNELLY

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☐   YES ☒

8) Does this indictment or information include a conspiracy count?   NO ☐   YES ☒

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)
   ☐ Criminal Antitrust (II)
   ☐ Bank robbery .......... (II)
   ☐ Post Office Robbery .... (II)
   ☐ Other Robbery ......... (II)
   ☐ Assault ............... (III)
   ☐ Burglary .............. (IV)
   ☐ Larceny and Theft ..... (IV)
   ☐ Postal Embezzlement ... (IV)
   ☐ Other Embezzlement .... (III)

   ☐ Income Tax Fraud ........ (II)
   ☐ Postal Fraud ............ (II)
   ☒ Other Fraud ............. (III)
   ☐ Auto Theft .............. (IV)
   ☐ Transporting Forged Securities .. (III)
   ☐ Forgery ................. (III)
   ☐ Counterfeiting .......... (III)
   ☐ Sex Offenses ............ (II)
   ☐ DAPCA Marijuana ......... (III)
   ☐ DAPCA Narcotics ......... (III)

   ☐ DAPCA Controlled Substances ..... (III)
   ☐ Miscellaneous General Offenses .... (IV)
   ☐ Immigration Laws ............. (IV)
   ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Food & Drug Laws ............. (IV)
   ☐ Motor Carrier Act ............ (IV)
   ☐ Selective Service Act ........ (IV)
   ☐ Obscene Mail ................. (III)
   ☐ Other Federal Statutes ....... (III)
   ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.
    18 U.S.C. § 1343

**FILED**
AUG 2 8 2008  TC
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BRIAN HAYES
Assistant United States Attorney

(Revised 12/99)