IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 07 CR 862 |
| vs. ) | |
| ) | Judge Matthew F. Kennelly |
| GABRIEL TOADER, ) | |
| ) | |
| Defendant. ) | |

AUSA Brian Hayes
219 S. Dearborn St. - 5th floor
Chicago, IL.  60604

**NOTICE OF FILING**

_____Please take notice that on September 3, 2008 , there was filed with the Clerk of the Court, Mr. Toader's Supplemental Reply in Support of His Motion to Dismiss the Indictment with Prejudice, a copy of which is hereby served on you.

Respectfully submitted,

S/ Susan Shatz
Susan Shatz - Attorney for Mr. Toader

**PROOF OF SERVICE**

On September 3, 2008 the above referenced document was delivered electronically to AUSA Hayes at the address shown above.

S/ Susan Shatz

Susan Shatz
407 S. Dearborn St. # 1675
Chicago, IL. 60605
312-697-0022